

17

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| NEXTMEDIA GROUP, INC., | § | |
| | § | Case No. 09-14463 (PJW) |
| Debtor. | § | |
| Employer Tax I.D. No. 0791 | § | Re: Docket No. 4     2⁵ |
| In re: | § | |
| | § | Chapter 11 |
| NEXTMEDIA INVESTORS LLC, | § | |
| | § | Case No. 09-14464 (PJW)   4 |
| Debtor. | § | |
| Employer Tax I.D. No. 9403 | § | Re: Docket No. 2 |
| In re: | § | |
| | § | Chapter 11 |
| NEXTMEDIA OPERATING, INC., | § | |
| | § | Case No. 09-14465 (PJW)   4 |
| Debtor. | § | |
| Employer Tax I.D. No. 5397 | § | Re: Docket No. 2 |
| In re: | § | |
| | § | Chapter 11 |
| NM LICENSING LLC, | § | |
| | § | Case No. 09-14466 (PJW)   4 |
| Debtor. | § | |
| Employer Tax I.D. No. 5396 | § | Re: Docket No. 2 |
| In re: | § | |
| | § | Chapter 11 |
| NEXTMEDIA OUTDOOR, INC., | § | |
| | § | Case No. 09-14468 (PJW)   4 |
| Debtor. | § | |
| Employer Tax I.D. No. 6398 | § | Re: Docket No. 2 |
| In re: | § | |
| | § | Chapter 11 |
| NM TEXAS, INC., | § | |
| | § | Case No. 09-14470 (PJW)   4 |
| Debtor. | § | |
| Employer Tax I.D. No. 4229 | § | Re: Docket No. 2 |
| In re: | § | |
| | § | Chapter 11 |
| NEXTMEDIA NORTHERN COLORADO, INC., | § | |
| | § | Case No. 09-14467 (PJW)   4 |
| Debtor. | § | |
| Employer Tax I.D. No. 8422 | § | Re: Docket No. 2 |

RLF1 3519209v.2

| In re: | § | |
|---|---|---|
| | § | Chapter 11 |
| NEXTMEDIA FRANCHISING, INC., | § | |
| | § | Case No. 09-14469 (PJW) |
| Debtor. | § | |
| Employer Tax I.D. No. 9913 | § | Re: Docket No. 2 |
| In re: | § | |
| | § | Chapter 11 |
| NEXTMEDIA OUTDOOR, LLC, | § | |
| | § | Case No. 09-14471 (PJW) |
| Debtor. | § | |
| Employer Tax I.D. No. 9700 | § | Re: Docket No. 2 |

## ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Motion (the "Motion") of NextMedia Group, Inc. and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order Directing Joint Administration of Chapter 11 Cases; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates and creditors; and it appearing that adequate notice of the Motion has been given and that no other or further notice is necessary; and after due consideration and good cause appearing therefor, it is[1]

ORDERED that the Motion be, and it hereby is, granted; and it is further

ORDERED that the above-captioned cases of the Debtors shall be consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 09-14463 (PJW); and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.

RLF1 3519209v.2

ORDERED that the caption of the jointly administered cases shall read as follows:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEXTMEDIA GROUP, INC., *et al.*,[1] | § | Case No. 09-14463 (PJW) |
| | § | |
| Debtors. | § | Jointly Administered |

and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of any of the Debtors' bankruptcy estates; and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases, substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of NextMedia Group, Inc., NextMedia Investors LLC, NextMedia Operating, Inc., NM Licensing LLC, NextMedia Outdoor, Inc., NM Texas, Inc., NextMedia Northern Colorado, Inc., NextMedia Franchising, Inc. and NextMedia Outdoor, LLC. The docket in Case No. 09-14463 (PJW) should be consulted for all matters affecting this case.

Dated: December 2̲2̲ 2009
Wilmington, Delaware

*P̲J̲W̲*
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: NextMedia Group, Inc. ("NM Group") (0791), NextMedia Investors LLC ("NM Investors") (9403), NextMedia Operating, Inc. ("NM OpCo") (5397), NM Licensing LLC (5396), NextMedia Outdoor, Inc. (5398), NM Texas, Inc. (4229), NextMedia Northern Colorado, Inc. (8422), NextMedia Franchising, Inc. (9913) and NextMedia Outdoor, LLC (9700). The Debtors' corporate headquarters are located at 6312 S. Fiddler's Green Circle, #205E, Greenwood Village, Colorado 80111.