United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| NextMedia Group, Inc., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-14463 |
| Debtor | } **Amount $7,950.54** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WE ENERGIES**
**P.O. BOX 2089**
**MILWAKEE, WI 53201**

The transfer of your claim as shown above in the amount $7,950.54 of  has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Gerald Jospitre
Liquidity Solutions Inc
(201) 968-0001

3112630

# TRANSFER NOTICE

WE ENERGIES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against NextMedia Group, Inc., et al. ("Debtors"), in the aggregate amount of $10,235.74 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, administered as Case No. 09-14463.

IN WITNESS WHEREOF, Assignor has signed below as of the _23rd_ day of _February_, 2010.

WE ENERGIES

WITNESS:

LIQUIDITY SOLUTIONS

_(Signature)_

_Suzanne Bell_
(Signature)

_GERALD JOSPITRE_

_TIM BROWN_
(Print Name and Title)

_Suzanne Bell_
(Print Name of Witness)

PRINCIPAL ACCOUNT MANAGER

3112630