| | |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware | |
| NextMedia Group, Inc., et al. | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 09-14463 |
| <u>Debtor</u> | } **Amount** $3,500.30 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**Chatham Steel Corp**
**PO Box 930362**
**Atlanta, GA 31193**

The transfer of your claim as shown above in the amount of **$3,500.30** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

<u>By/s/Eric Horn</u>
Liquidity Solutions Inc
(201) 968-0001

3129641

## TRANSFER NOTICE

Chatham Steel Corp ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against NextMedia Group, Inc., et al. ("Debtors"), in the aggregate amount of $3,500.30 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 09-14463.

IN WITNESS WHEREOF, Assignor has signed below as of the 26th day of February, 2010.

Chatham Steel Corp

By: W. Britt Griffin
(Signature)

W. Britt Griffin, III, Corporate Credit Manager
(Print Name and Title)

Liquidity Solutions, Inc.

_____
(Name)

Eric Horn
(Signature)

3129041