IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEXTMEDIA GROUP, INC., *et al.*,[1] | § | Case No. 09-14463 (PJW) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | **Re: Docket No. 160** |

## PLAN SUPPLEMENT

This *Plan Supplement* is being filed by the above-captioned debtors and debtors-in-possession (the "Debtors") pursuant to, in support of, and in connection with confirmation of the *Debtors' Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 160], dated February 12, 2010 (the "Plan").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: NextMedia Group, Inc. ("NM Group") (0791), NextMedia Investors LLC ("NM Investors") (9403), NextMedia Operating, Inc. ("NM OpCo") (5397), NM Licensing LLC (5396), NextMedia Outdoor, Inc. (5398), NM Texas, Inc. ("NM Texas") (4229), NextMedia Northern Colorado, Inc. (8422), NextMedia Franchising, Inc. ("NM Franchising") (9913) and NextMedia Outdoor, LLC ("Outdoor LLC") (9700). The Debtors' corporate headquarters are located at 6312 S. Fiddler's Green Circle, #205E, Greenwood Village, Colorado 80111.

[2] The Debtors reserve the right to amend any of the documents contained in this *Plan Supplement* prior to the hearing scheduled to consider confirmation of the Plan.

RLF1 3548515v.1

Respectfully submitted this 12th day of March, 2010.

        **RICHARDS, LAYTON & FINGER, P.A.**

By: /s/ *signature*
      Paul N. Heath (Bar No. 3704)
      Michael J. Merchant (Bar No. 3854)
      Chun I. Jang (Bar No. 4790)
      Robert C. Maddox (Bar No. 5356)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
heath@rlf.com
merchant@rlf.com
jang@rlf.com
maddox@rlf.com

      --and--

**ANDREWS KURTH LLP**
      Jason S. Brookner (admitted *pro hac vice*)
      Texas State Bar No. 24033684
      Monica S. Blacker (admitted *pro hac vice*)
      Texas State Bar No. 00796534
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

## Index

| Document | Exhibit |
|---|---|
| Amended Organizational Documents[1] | 1 |
|     NextMedia Operating, Inc. Amended and Restated Bylaws | A |
|     NextMedia Group, Inc. Amended and Restated Bylaws | B |
|     Next Media Outdoor, Inc. Amended and Restated Bylaws | C |
|     Next Media Northern Colorado, Inc. Amended and Restated Bylaws | D |
|     NextMedia Group, Inc. Amended and Restated Certificate of Incorporation | E |
| Commitment Letter | 2 |
| Employment Agreements | 3 |
|     Neumann Employment Agreement | A |
|     McArtor Employment Agreement | B |
|     Matalone Employment Agreement | C |
|     J. Dinetz Employment Agreement | D |
|     Gamble Employment Agreement | E |
|     S. Dinetz Employment Agreement | F |
| Stockholders Agreement | 4 |
| Warrant Agreement | 5 |
| Management Stockholders Agreement | 6 |
| Subscription Agreement | 7 |
| Registration Rights Agreement | 8 |
| Management Stock Option Agreement | 9 |
| Non-Qualified Stock Option Agreement | 10 |

---

[1] Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Plan.