Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Telephone (619) 220-8900
Facsimile (619) 220-8112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Case No. 09-14463 (PJW) |
| | ) |
| NEXTMEDIA GROUP, INC., et. al., | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) **Notice of Withdrawal of** |
| | ) **Transfer of Claim** |

PLEASE TAKE NOTICE that Debt Acquisition Company of America V, LLC hereby withdraws the Notice of Transfer of Claim filed from NECESSARY MARKETING as transferor, to Debt Acquisition Company of America V, LLC as transferee.

Respectfully submitted, this 18th day of March 2010.

DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Telephone (800) 400-5033
Facsimile (619) 220-8112

By: _____
Andrew Whatnall