# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEXTMEDIA GROUP, INC., *et al.*,[1] | § | Case No. 09-14463 (PJW) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | **Re: Docket No. 255, 299** |

## SECOND SUPPLEMENT TO THE PLAN SUPPLEMENT

On March 22, 2010, the United States Bankruptcy Court for the District of Delaware entered its *Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Modified Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 299] confirming the *Debtors' Modified Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 255], dated March 18, 2010 (the "Plan"). Pursuant to section 13.2 of the Plan, the above captioned debtors and debtors-in-possession (the "Debtors") may file such agreements and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of the Plan, including the filing of the Plan Supplement. Pursuant to Section 13.2 of the Plan, the Debtors today file this *Second Supplement to the Plan Supplement* pursuant to, in support of, and in connection with the Plan.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: NextMedia Group, Inc. ("NM Group") (0791), NextMedia Investors LLC ("NM Investors") (9403), NextMedia Operating, Inc. ("NM OpCo") (5397), NM Licensing LLC (5396), NextMedia Outdoor, Inc. (5398), NM Texas, Inc. ("NM Texas") (4229), NextMedia Northern Colorado, Inc. (8422), NextMedia Franchising, Inc. ("NM Franchising") (9913) and NextMedia Outdoor, LLC ("Outdoor LLC") (9700). The Debtors' corporate headquarters are located at 6312 S. Fiddler's Green Circle, #205E, Greenwood Village, Colorado 80111.

[2] The Debtors reserve the right to amend any of the documents contained in this *Second Supplement to the Plan Supplement*.

Respectfully submitted this 5th day of April, 2010.

        **RICHARDS, LAYTON & FINGER, P.A.**

        By: /s/ Paul N. Heath
            Paul N. Heath (Bar No. 3704)
            Michael J. Merchant (Bar No. 3854)
            Chun I. Jang (Bar No. 4790)
            Robert C. Maddox (Bar No. 5356)
        One Rodney Square
        920 N. King Street
        Wilmington, DE 19801
        Telephone: (302) 651-7700
        Facsimile: (302) 651-7701
        heath@rlf.com
        merchant@rlf.com
        jang@rlf.com
        maddox@rlf.com

            --and--

        **ANDREWS KURTH LLP**
            Jason S. Brookner (admitted *pro hac vice*)
            Texas State Bar No. 24033684
            Monica S. Blacker (admitted *pro hac vice*)
            Texas State Bar No. 00796534
        1717 Main Street, Suite 3700
        Dallas, Texas 75201
        Telephone: (214) 659-4400
        Facsimile: (214) 659-4401

        **ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**