# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEXTMEDIA GROUP, INC., *et al.*,[1] | § | Case No. 09-14463 (PJW) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | **Hearing Date: April 22, 2010 at 11:00 a.m. (EDT)** |
| | § | **Objection Deadline: April 15, 2010 at 4:00 p.m. (EDT)** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on April 5, 2010, NextMedia Group, Inc., *et al.*, as debtors and debtors-in-possession (the "Debtors"), filed the **Debtors' Motion to (I) Approve Certain Immaterial Modifications to Modified Amended Joint Chapter 11 Plan of Reorganization and (II) Modify Confirmation Order to Confirm Plan as Modified** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **April 15, 2010 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Peter J. Walsh at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **April 22, 2010 at 11:00 a.m. (Eastern Daylight Time).**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: NextMedia Group, Inc. ("NM Group") (0791), NextMedia Investors LLC ("NM Investors") (9403), NextMedia Operating, Inc. ("NM OpCo") (5397), NM Licensing LLC (5396), NextMedia Outdoor, Inc. (5398), NM Texas, Inc. (4229), NextMedia Northern Colorado, Inc. (8422), NextMedia Franchising, Inc. (9913) and NextMedia Outdoor, LLC (9700). The Debtors' corporate headquarters are located at 6312 S. Fiddler's Green Circle, #205E, Greenwood Village, Colorado 80111.

RLF1 3521884v.1

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Respectfully submitted this 5th day of April, 2010.

        **RICHARDS, LAYTON & FINGER, P.A.**

        By: _____
           Paul N. Heath (Bar No. 3704)
           Michael J. Merchant (Bar No. 3854)
           Chun I. Jang (Bar No. 4790)
           Robert C. Maddox (Bar No. 5356)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
heath@rlf.com
merchant@rlf.com
jang@rlf.com
maddox@rlf.com

        --and--

        **ANDREWS KURTH LLP**
           Jason S. Brookner (admitted *pro hac vice*)
           Texas State Bar No. 24033684
           Monica S. Blacker (admitted *pro hac vice*)
           Texas State Bar No. 00796534
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401
jbrookner@akllp.com
mblacker@akllp.com

        **ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**