UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
|  | ) | Case No. 09-14463 |
| **NextMedia Group, Inc., <u>et al.</u>,** | ) | (Jointly Administered) |
| **Debtors**. | ) ) |  |

## NOTICE OF TRANSFER RE DOCKET 328

TO:   RADIO SYSTEMS
      601 HERON DR
      LOGAN TOWNSHIP, NJ 08085

  Pursuant to Rule 3001(e)(2) or (e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **CLAIMS RECOVERY GROUP LLC** of your **Claim no. 204** in the amount of $**2,209.25**.

  If you do not object to this Transfer on or before twenty (21) days from the date of the mailing of this Notice (i.e., **May 3, 2010**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Official Claims and Noticing Agent listed below, **CLAIMS RECOVERY GROUP LLC** will be substituted in your place as the claimant.

DATED: April 12, 2010   **BMC GROUP, INC.**
              444 N. Nash St.
              El Segundo, California 90245-2822

              Official Claims and Noticing Agent for the Clerk of the
              Court in the NextMedia Group, Inc. Case.

# PROOF OF SERVICE

I, Lauri Shippers, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 444 N. Nash St, El Segundo, California 90245. On April 12, 2010, I caused a true and correct copy of the "Notice of Transfer re: Docket 328" to be served upon the following parties:

>RADIO SYSTEMS
>601 HERON DR
>LOGAN TOWNSHIP, NJ 08085
>
>CLAIMS RECOVERY GROUP LLC
>92 UNION AVE
>CRESSKILL, NJ 7626

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2010

                                                                       /s/ *Lauri Shippers*
                                                                       Lauri Shippers