IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEXTMEDIA GROUP, INC., *et al.*, | § | Case No. 09-14463 (PJW) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |
| | § | **Re: Dkt. No. 299** |

## NOTICE OF EFFECTIVE DATE OF DEBTORS' SECOND MODIFIED AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that the Effective Date of the Debtors' Second Modified Amended Joint Chapter 11 Plan (the "Plan") occurred on May 27, 2010.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the following deadlines apply to Administrative Expense Claims, Fee Claims and Rejection Damage Claims:

A. <u>Administrative Expense Claims</u>. All holders of Administrative Expense Claims arising from the Petition Date through the Effective Date, other than Professional Persons holding Fee Claims or the claims of the Exit Agent, the Agents or the Second Lien Lead Investors for fees and expenses, shall file with the Bankruptcy Court a request for payment of such Claims within thirty (30) days after the Effective Date, being no later than June 26, 2010. Any such request shall be served on the Debtors, their counsel and counsel to the Second Lien Lead Investors and shall, at a minimum, set forth (i) the name of the holder of the Administrative Expense Claim, (ii) the amount of the Administrative Expense Claim and (iii) the basis for the

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their taxpayer identification numbers, are: NextMedia Group, Inc. ("NM Group") (0791), NextMedia Investors LLC ("NM Investors") (9403), NextMedia Operating, Inc. ("NM OpCo") (5397), NM Licensing LLC (5396), NextMedia Outdoor, Inc. (5398), NM Texas, Inc. ("NM Texas") (4229), NextMedia Northern Colorado, Inc. (8422), NextMedia Franchising, Inc. ("NM Franchising") (9913) and NextMedia Outdoor, LLC ("Outdoor LLC") (9700). The Debtors' corporate headquarters are located at 6312 S. Fiddler's Green Circle, #205E, Greenwood Village, Colorado 80111.

Administrative Expense Claim. A failure to file any such request in a timely fashion shall result in the discharge of such Administrative Expense Claim and its holder shall be forever barred from asserting such Administrative Expense Claim against the Debtors.

B.  *Fee Claims*.  Every Professional Person holding a Fee Claim that has not previously been the subject of a final fee application and accompanying Bankruptcy Court order shall file with the Bankruptcy Court a final application for payment of fees and reimbursement of expenses no later than June 26, 2010, the date that is thirty (30) days after the Effective Date. Any such final fee application shall conform to and comply with all applicable rules and regulations contained in the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. The last date to object to any final fee application shall be the twenty-fourth (24th) day after such fee application has been filed with the Bankruptcy Court. All final fee applications shall be set for hearing on the same day, as the Bankruptcy Court's calendar permits, after consultation with counsel to the Debtors.

C.  *Bar Date for Rejection Damage Claims*.  All Claims arising out of the rejection of executory contracts or unexpired leases (if any) must be filed with the Bankruptcy Court and served upon the applicable Debtor and its counsel within thirty (30) days after the earlier of (i) the date of entry of a Court order approving such rejection or (ii) the Effective Date; *provided, however*, that any Claim arising out of the rejection of an executory contract or unexpired lease that is filed after the Effective Date of the Plan shall be served on the Reorganized Debtors. Any rejection Claims not filed within such time shall be forever barred from assertion against the Debtors, the Reorganized Debtors, their Estates and their property.

DAL:767946.1

Respectfully submitted this 27th day of May, 2010.

           **RICHARDS, LAYTON & FINGER, P.A.**

By: _____
    Paul N. Heath (No. 3704)
    Michael J. Merchant (No. 3854)
    Chun I. Jang (No. 4790)
    Robert C. Maddox (No. 5356)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
heath@rlf.com
merchant@rlf.com
jang@rlf.com

--and--

**ANDREWS KURTH LLP**
    Jason S. Brookner (admitted *pro hac vice*)
    Texas State Bar No. 24033684
    Monica S. Blacker (admitted *pro hac vice*)
    Texas State Bar No. 00796534
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**ATTORNEYS FOR THE REORGANIZED DEBTORS**

-3-

DAL:767946.1