**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEXTMEDIA GROUP, INC., et al., | ) Case No. 09-14463 (PJW) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## ORDER

For the reasons set forth in the Court's memorandum opinion of this date, the objection by NextMedia Group, Inc. of the CBS Outdoor, Inc.'s claim is sustained. The CBS Outdoor Inc.'s claim is **disallowed**.

Peter J. Walsh
United States Bankruptcy Judge

Dated: November 5, 2010